# VERIFIED RETURN OF SERVICE

Job # 5526

**Client Info:**

Frank D. Butler, P.A.
Kelly Allen
10550 US Hwy 19N
Pinellas Park, FL  33782

**Case Info:**

**Plaintiff:**
Nahid Lorenz
 -versus-
**Defendant:**
NCL (Bahams) Ltd., d/b/a Norwegian Cruise Lines

USDC Southern District of Florida

County of Miami-Dade, Florida
Court Case # **1:24-cv-21089**

**Service Info:**

**Date Received: 3/22/2024** at **10:07 AM**
**Service:** I Served **NCL d/b/a Norwegian Cruise Lines c/o Daniel Farkas, Esq., Registered Agent**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND**
by leaving with **Magdalena Delgado, LEGAL ASSISTANT**

**At Business 7665 CORPORATE CENTER DRIVE MIAMI, FL 33126**
On **3/27/2024** at **10:50 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3) ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS SERVED.

**Served Description:  (Approx)**

Age: **45**, Sex: **Female**, Race: **Hispanic**, Height: **5' 3"**, Weight: **130**, Hair: **Brown** Glasses:  **No**

I **Henry Pinto** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
**Henry Pinto**
Lic # **2351**

**Frank D. Butler, P.A.**
10550 US Hwy 19N
Pinellas Park, FL 33782

Ref # 5526


