UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-21089-LEIBOWITZ

**NAHID LORENZ**,
  *Plaintiff*,
v.

**NCL (BAHAMAS) LTD.**,
  *Defendant*.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Leave to Attend January 27, 2026, Status Conference Remotely, or in the Alternative, To Reset to Another Date [ECF No. 44] (the "Motion"), filed on January 19, 2026. This makes the second request by the parties to either appear remotely at the court-ordered **in-person** status conference set for this case. [*See* ECF Nos. 40, 41, 43, 44]. In the Order granting the parties' first request to reschedule the status conference, the Court stated as follows: "This Court does not allow remote appearances at hearings or status conferences absent extraordinary circumstances not present here." [ECF No. 42 at 1].

Upon review of the instant request, counsel say they have scheduling conflicts in other matters that prevent them from appearing at the status conference for this case in person as ordered. [ECF No. 44 at 1]. The Court notes, however, that two counsel of record have appeared for each party— Ivan Smerznak and Frank Butler for Plaintiff; and Todd Sussman and Jaclyn Lassner for Defendant. The parties have not explained why either if not both of their representatives are unable to attend the status conference in person. [*See* ECF No. 44].

This lawsuit was filed on March 20, 2024 (nearly two years ago). Since the case was reassigned to the undersigned on March 18, 2025, the parties have not attended a status conference, which is this Court's routine practice. The Court attempted to meet with the parties on December 5, 2025, but the parties requested the conference be rescheduled due to other scheduling conflicts. [ECF No. 41]. The Court granted the parties' request and on January 13, 2026, noticed a new date of January 27,

2026, for the conference. [ECF No. 43]. Upon review, the parties have not shown the kind of extraordinary circumstances that will relieve them of their obligation to appear in person at the January 27, 2026, status conference. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 44**] is **DENIED**.

2. Counsel of record must attend the January 27, 2026, status conference in person as set forth in the Notice, ECF No. 43.

**DONE AND ORDERED** in the Southern District of Florida on January 20, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record